■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DOOLITTLE, Appellant. [680 NYS2d 164] —Application by

the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 15, 1996 (*People v Doolittle,* 226 AD2d 551), affirming a judgment of the Supreme Court, Queens County, rendered March 15, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Thompson, J. P., Sullivan, Joy and Florio, JJ., concur.